UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>v.<br><br>CARL LINDBLAD,<br>SUSAN VERGOT,<br><br>                                    Defendants. | Case Nos.: 18CR1850-JLS<br>                  18CR1855-JLS<br><br>**ORDER SUA SPONTE EXTENDING SELF-SURRENDER DATE AND CONTINUING STATUS HEARING** |

The Court is still considering Defendants' pending motions for reconsideration of sentence and for compassionate release. In light of this, and the current nationwide surge in COVID-19 cases due to the Omicron variant, the Court sue sponte extends each defendant's self-surrender date for an additional 60-day period.

Defendants' self-surrender deadline shall be extended from January 28, 2022 to **March 28, 2022** at 12:00 p.m. The Status Hearing re: Self-Surrender shall be continued from February 4, 2022 to April 1, 2022 at 9:00 a.m.

   IT IS SO ORDERED.

Dated:  January 20, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

18CR1850-JLS
18CR1855-JLS